# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

## No. 17-7106

_____

ANTHONY J. CLAYTOR,

        Petitioner - Appellant,

    v.

WARDEN, FCI Hazelton-Med.,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, Chief District Judge. (3:17-cv-00085-GMG-RWT)

_____

Submitted: December 19, 2017          Decided: December 22, 2017

_____

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony J. Claytor, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony J. Claytor, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Claytor v. Warden*, No. 3:17-cv-00085-GMG-RWT (N.D.W. Va. Aug. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*